**RAZER (ASIA–PACIFIC) PTE LTD., Appellant,**

v.

**RAZOR USA LLC, Appellee.**

No. 2010–1452.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2010.

Amanda L. Nye, Lawyers at Large LLC, Tiburon, CA, for Appellant.

Michael K. Friedland, Paul A. Stewart, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, for Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).